# UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF VIRGINIA
## OFFICE OF THE CLERK
600 Granby Street
Norfolk, Virginia 23510
www.vaed.uscourts.gov

ELIZABETH H. PARET
CLERK OF COURT
703-299-2177

ALEXANDRIA
703-299-2100
RICHMOND
804-916-2230
NORFOLK
757-222-7202

August 8, 2005

Mr. Peter T. Dalleo, Clerk
United States District Court
844 N. King Street,
Wilmington, DE 19801

    Re:    U.S.A. v. Terrell Smith
            Our Criminal Number: 2:05-CR-00099
            Your Criminal Number: 1:94CR00031-001 (JJF)

Dear Sir:

    Enclosed is the original of Probation Form 22, with Part 2 (Order Accepting Jurisdiction) entered by the Honorable Walter D. Kelley, on August 5, 2005.

    Please acknowledge receipt of this letter by endorsing the enclosed copy of same and returning it to this office, together with a certified copy of your case file at your earliest convenience.

    Thank you for your assistance.

Sincerely,

ELIZABETH H. PARET, CLERK

By: _____
Karen V. Griffin, Deputy Clerk

Enclosure

cc:    U. S. Probation Office, Norfolk, VA
       U. S. Probation Office, Wilmington, DE
       U. S. Attorney's Office, Norfolk, VA
       Financial Deputy

RECEIVED: _____

DATE: _____

Scanned mm