PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:94CR00031-001 (JJF)

DOCKET NUMBER (Rec. Court)
2:05cr99

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Terrell Smith<br>Norfolk, Virginia | Delaware | |
| | NAME OF SENTENCING JUDGE | |
| | Joseph J. Longobardi | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: January 28, 2003 — TO: January 27, 2008 |

FILED AUG 5 2005
CLERK, US DISTRICT COURT
NORFOLK, VA

**OFFENSE**

Possession of Cocaine Base with Intent to Distribute, and Felon in Possession of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 22, 2005_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/5/05_  
Effective Date

_Walter Kelley_  
United States District Judge



RECEIVED AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE