PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:94CR00031-001 (JJF) |
| | DOCKET NUMBER *(Rec. Court)* |

**TRANSFER OF JURISDICTION**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Terrell Smith<br>Norfolk, Virginia | Delaware | FILED |
| | NAME OF SENTENCING JUDGE | AUG - 5 2005 |
| | Joseph J. Longobardi | CLERK, US DISTRICT COURT<br>NORFOLK VA |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 28, 2003 | TO January 27, 2008 |

OFFENSE

Possession of Cocaine Base with Intent to Distribute, and Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.\*

_____July 22, 2005_____
Date

_____Joseph J. Farnan Jr._____
United States District Judge

\*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____8/5/05_____
Effective Date

_____Walter D. Kelley_____
United States District Judge

RECEIVED
AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MM
scanned