OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 23, 2005

Elizabeth H. Paret
Clerk of the Court
193 Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510-1915

    RE:    **U.S.A. v. Terrell Smith**
             **Criminal Action No. 94-31-JJF**

Dear Ms. Paret,

    Pursuant to the transfer of jurisdiction order (certified copy attached) regarding USA v. Terrell Smith, enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

    Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

                            Sincerely,

                            Peter T. Dalleo
                            Clerk of Court

                            By: _____
                            Anita Bolton
                            Deputy Clerk

cc:   U.S. Probation
       Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____       _____
**Date**                                            **Signature**