OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 23, 2005

RECEIVED OCT - 5 2005

Elizabeth H. Paret
Clerk of the Court
193 Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510-1915

*Please send a cert. copy of the Superseding U. Information* KBull

RE: **U.S.A. v. Terrell Smith**
    **Criminal Action No. 94-31-JJF**

Dear Ms. Paret,

Pursuant to the transfer of jurisdiction order (certified copy attached) regarding USA v. Terrell Smith, enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _Anita Bolton_
Anita Bolton
Deputy Clerk

cc: U.S. Probation
    Financial Administrator

2:05-CR-99

I hereby acknowledge receipt of the documents in the above captioned case.

9-26-05
Date

_____
Signature





Anita Botton
PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

U.S.M.S
X-RAY

RECEIVED
OCT - 5 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS