OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 27, 2005

Elizabeth H. Paret
Clerk of the Court
193 Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510-1915

    Re: U.S.A. V. Terrell Smith
        Criminal Action No. 94-31-JJF

Dear Ms. Paret,

    Pursuant to the transfer of jurisdiction order regarding USA v. Terrell Smith, enclosed please find a certified copy of the Superseding Information (D.I. 13).
    Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

                        Sincerely,

                        Peter T. Dalleo
                        Clerk of Court

                        By: _____
                            Anita Bolton
                            Deputy Clerk

cc: U.S. Probation

    I hereby acknowledge receipt of the documents in the above captioned case.

_____                _____
DATE                                          SIGNATURE